JCC Med., P.C. v Omni Indem. Co. (2021 NY Slip Op 51246(U))

[*1]

JCC Med., P.C. v Omni Indem. Co.

2021 NY Slip Op 51246(U) [73 Misc 3d 145(A)]

Decided on December 17, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 17, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, DONNA-MARIE E. GOLIA,
JJ

2018-1445 K C

JCC Medical, P.C., as Assignee of Miracle,
Farah, Respondent, 
against
Omni Indemnity Company, Appellant. 

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent (no brief filed).

Appeal from an amended order of the Civil Court of the City of New York, Kings County
(Odessa Kennedy, J.), dated June 26, 2018. The amended order, insofar as appealed from, denied
defendant's motion to dismiss the complaint.

ORDERED that, on the court's own motion, the notice of appeal from an order entered
March 20, 2018 is deemed a premature notice of appeal from the amended order dated June 26,
2018 (see CPLR 5520 [c]); and it is further,
ORDERED that the amended order dated June 26, 2018, insofar as appealed from, is
reversed, with $30 costs, and defendant's motion for summary judgment dismissing the
complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from so much of an order of the Civil Court as denied defendant's motion which had
sought summary judgment dismissing the complaint on the ground that defendant had not issued
an insurance policy covering the vehicle which was involved in the accident in question and that,
therefore, plaintiff had sued the wrong party.
For the reasons stated in Island Life
Chiropractic Pain Care, PLLC v Omni Indem. Co. (63 Misc 3d 127[A], 2019 NY Slip
Op 50342[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2019), the amended order,
insofar as appealed from, is reversed and defendant's motion for summary judgment dismissing
the complaint is granted.
ALIOTTA, P.J., ELLIOT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 17, 2021